## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

EDWIN ALEXANDER SANCHEZ
JUAREZ,

      Petitioner

      v.

NIKITA BAKER,
*in her official capacity as Acting Field Office
Director in charge of the ICE Baltimore Field
Office as well as Warden of Worcester County
Detention Center,*
PAMELA JO BONDI,
*United States Attorney General,*
KRISTI NOEM,
*Secretary of the United States Department of
Homeland Security,* and
TODD M. LYONS,
*in his official capacity as Acting Director of
the United States Immigration and Customs
Enforcement,*

      Respondents

Civil Action No. 26-0276-TDC

## ORDER

Upon review of Respondents' Status Report, ECF No. 9, and in light of the similar problems that arose in *Amaya Lopez v. Liggins*, No. 26-cv-0159-TDC, the Court finds that the delay in scheduling the bond hearing in this case arises from Respondents' own affirmative request that the Court direct Petitioner to request a bond hearing, rather than direct Respondents to arrange for a bond hearing to occur. Thus, there is no basis to modify the Court's order because of the delay in scheduling. Nevertheless, in light of the request by Petitioner's counsel for a continuance

by Petitioner's counsel for a continuance of the February 11, 2026 bond hearing, the Court will

grant a short extension of the timeline in the prior Order.

Accordingly, it is hereby ORDERED that the Court's Order, ECF No. 7, is hereby

MODIFIED as follows:

1. Respondents are directed to arrange for a bond hearing to take place within **three (3) days of the date of this Order** with Petitioner represented by present counsel. No request by Petitioner is required.

2. If the bond hearing does not occur by this stated deadline for any reason other than a request for an additional continuance by Petitioner's counsel, Petitioner shall be released.

3. No further extensions will be granted.

Date: February 12, 2026

THEODORE D. CHUANG
United States District Judge

2