UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

EDWIN ALEXANDER SANCHEZ
JUAREZ,

    Petitioner

v.

VERNON LIGGINS,
*in his official capacity as Acting Field Office Director in charge of the ICE Baltimore Field Office as well as Warden of Worcester County Detention Center,*
PAMELA JO BONDI,
*United States Attorney General,*
KRISTI NOEM,
*Secretary of the United States Department of Homeland Security,* and
TODD M. LYONS,
*in his official capacity as Acting Director of the United States Immigration and Customs Enforcement,*

    Respondents

Civil Action No. 26-0276-TDC

## ORDER

Upon review of Respondents' Status Report, ECF No. 11, it is hereby ORDERED that within **7 days** of the date of this Order, the parties shall file a Joint Status Report to confirm Respondents' compliance with this Order, whether Petitioner has been released from custody, and whether the parties agree that this case may be closed, subject to the Court's retention of jurisdiction to enforce compliance with prior Orders.

Date: February 24, 2026

THEODORE D. CHUANG
United States District Judge