## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

EDWIN ALEXANDER SANCHEZ
JUAREZ,

      Petitioner

      v.

VERNON LIGGINS,
*in his official capacity as Acting Field Office
Director in charge of the ICE Baltimore Field
Office and Warden of Worcester County
Detention Center,*
PAMELA JO BONDI,
*United States Attorney General,*
KRISTI NOEM,
*Secretary of the United States Department of
Homeland Security,*
TODD M. LYONS,
*in his official capacity as Acting Director of
the United States Immigration and Customs
Enforcement,* and

      Respondents.

Civil Action No. 26-0276-TDC

## ORDER

The Court having reviewed the Joint Status Report, ECF No. 13, it is hereby ORDERED

that the Clerk shall close this case, subject to the Court's retention of jurisdiction to enforce

compliance with prior Orders.

Date: March 2 , 2026

THEODORE D. CHUANG
United States District Judge